UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

      Plaintiff,                    CASE NO. 2:08-CV-1196 RAJ

    vs.

T. FELKER, et al.,

      Defendants.              ORDER

_____/

        Plaintiff is a prisoner proceeding without counsel with an action under 42 U.S.C. § 1983. On December 8, 2010, Mr. Mitchell filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1). Dkt. # 53. In his motion, plaintiff stated he had located an attorney willing to assist plaintiff with his case. In a December 22, 2010 order setting a settlement conference for January 27, 2011 and appointing a settlement judge, the court instructed plaintiff to direct the attorney to contact the Eastern District's ADR and Pro Bono Coordinator. Dkt. # 57. On January 20, 2011, attorney Rebekah Bella Evenson contacted the Eastern District's Pro Bono Coordinator and stated she would be willing to accept a pro bono appointment representing plaintiff for the limited purpose of settlement.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (Dkt. # 53) is granted to the extent that it seeks appointment of counsel to assist him with the upcoming settlement conference. Plaintiff may renew the motion if settlement efforts are unsuccessful.

2. Rebekah Bella Evenson is appointed limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff in settlement negotiations and will terminate thirty days after completion of the January 27th settlement conference, or any continuation of the settlement conference.

3. Rebekah Bella Evenson shall notify Sujean Park, at (916) 930-4278 or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order upon Rebekah Evenson, Prison Law Office, 1917 5th Street, Berkeley, California 94710.

Dated this 20th day of January, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge