KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JONATHAN L. WOLFF, State Bar No. 193479
Senior Assistant Attorney General
DAMON G. MCCLAIN, State Bar No. 209508
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5750
 Fax:  (415) 703-5843
 E-mail:  Damon.Mcclain@doj.ca.gov
*Attorneys for Defendants T. Felker, J. Walker, C. Buckley, D. Vanderville, D. Leiber, J. Mayfield, A. Masuret, T. Barnard, J. Owen,  D. Hellwig, T. Kimzey, D. Cade, R. Blanthorn, R. Beamon, T. Lockwood, J. McClure, J. Tilton, M. Wright, and F. Foulk*

PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
REBEKAH EVENSON (SBN 207825)
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704
dspecter@prisonlaw.com
revenson@prisonlaw.com
*Attorneys for Plaintiff Robert Mitchell*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT MITCHELL,**<br><br>                                Plaintiff,<br><br>     v.<br><br>**T. FELKER, et al.,**<br><br>                                Defendants. | 2:08-CV-01196 RAJ<br><br>**STIPULATION AND ORDER TO MODIFY THE BRIEFING AND HEARING SCHEDULE FOR PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND-AMENDED COMPLAINT**<br><br>Judge:           Richard A. Jones<br>Action Filed:  May 30, 2008 |

Plaintiff and Defendants submit this stipulation under Local Rule 144.

1

On April 27, 2011, Plaintiff Robert Mitchell filed a motion seeking leave to file a second-amended complaint, and noticed a hearing for that motion on May 27, 2011.  Defendants' response to Plaintiff's motion is due to be filed by May 13, 2011.

Plaintiff and Defendants have not previously requested any extensions of time related to Plaintiff's motion, and have agreed to modify the briefing and hearing schedule for Plaintiff's motion.  Accordingly, the parties respectfully request that the Court modify the schedule for Plaintiff's motion as follows:

1. Defendants' response to Plaintiff's motion is due on or before May 24, 2011;

2. Plaintiff's reply is due on or before June 3, 2011; and

3. [*Modified by court.*]  The court will contact the parties if it decides to hear oral argument before deciding Plaintiff's motion.

**IT IS SO STIPULATED.**

Dated:  May 4, 2011                    Respectfully submitted,
                                       KAMALA D. HARRIS
                                       Attorney General of California

                                       */s/ Damon McClain*
                                       DAMON G. MCCLAIN
                                       Deputy Attorney General
                                       *Attorneys for Defendants*


Dated:  May 4, 2011                    Respectfully submitted,
                                       PRISON LAW OFFICE

                                       */s/ Rebekah Evenson* (as authorized on May 4, 2011)
                                       Rebekah Evenson
                                       *Attorney for Plaintiff*


**IT IS SO ORDERED.**

Dated: May 10, 2011

                                       _____
                                       The Honorable Richard A. Jones
                                       United States District Judge

2

Stip. & Order Modify Briefing & Hearing Sched. Pl.'s Mot. Leave File 2d Am. Compl.  (2:08-CV-01196 RAJ)