IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT MITCHELL,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**MATTHEW CATE, et al.,**<br><br>                                    Defendants. | 2:08-CV-01196 JAM EFB<br><br>**STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Magistrate Judge:  Hon. Edmund F. Brennan<br>Action Filed:         May 30, 2008 |

    Plaintiff and Defendants submit this stipulation under Local Rule 144.

    On November 2, 2011, Defendants filed a motion to dismiss and noticed a hearing for that motion on December 14, 2011.  Under Local Rule 230, Plaintiffs' opposition to that motion is due on November 30, 2011, and Defendants' reply is due on December 7, 2011.

1

Plaintiffs and Defendants have agreed to modify the briefing schedule for Defendants motion. Accordingly, the parties respectfully request that the Court order the briefing schedule for Defendants' motion to be modified as follows:

1. Plaintiffs' opposition to the motion to dismiss is due on or before November 28, 2011;

2. Defendants' reply is due on or before December 7, 2011; and

3. The hearing for the motion will be on December 14, 2011.

**IT IS SO STIPULATED.**

Dated: November 17, 2011         Respectfully submitted,
                                 KAMALA D. HARRIS
                                 Attorney General of California

                                 */s/ Damon McClain*
                                 DAMON G. MCCLAIN
                                 Deputy Attorney General
                                 *Attorneys for Defendants*

Dated: November 17, 2011         Respectfully submitted,
                                 PRISON LAW OFFICE

                                 */s/ Rebekah Evenson* (as authorized on 11/17/11)
                                 Rebekah Evenson
                                 *Attorney for Plaintiffs*


**IT IS SO ORDERED.**

Dated: November 22, 2011.        _____
                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE