KAMALA D. HARRIS
Attorney General of California
DAMON G. McCLAIN, (SBN 209508)
Supervising Deputy Attorney General
CHRISTOPHER J. BECKER, (SBN 230529)
Deputy Attorney General
ERIN SULLIVAN (SBN 242757)
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, Ca 94102-7004
Telephone: 415.703.5716
Facsimile: 415.703.5843
Email: Erin.Sullivan@doj.ca.gov
*Attorneys for Defendants M. Cate, S. Kernan, T. McDonald, G. Giurbino, J. Tilton, T. Felker, M. Wright, F. Foulk, D. Vanderville, J. Owen, and D. Hellwig*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT MITCHELL, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>Defendants. | Case No. 2:08-CV-01196 JAM EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO HEAR DEFENDANTS' MOTION TO QUASH PLAINTIFFS' THIRD-PARTY SUBPOENA**<br><br>Judge:   The Honorable Edmund F. Brennan |

Under Local Rule 144, Plaintiffs Robert Mitchell, Alvaro Quesada, Tony Trujillo, and Hanif Abdullah ("Plaintiffs") and Defendants M. Cate, S. Kernan, T. McDonald, G. Giurbino, J. Tilton, T. Felker, M. Wright, F. Foulk, D. Vanderville, J. Owen, and D. Hellwig ("Defendants") (collectively the "Parties") enter into this stipulation to extend the briefing schedule and hearing on Defendants' Motion to Quash Plaintiffs' Third-Party Subpoena.

1

1       IT IS HEREBY STIPULATED AND AGREED by the Parties:

2       1.     On October 25, 2012, Plaintiffs attempted to serve a document subpoena on third-party Mr. Jeffrey Beard.

3       2.     The compliance date specified for Mr. Beard's production was set for November 26, 2012.

4       3.     Defendants contend that the subpoena was not served by "delivering a copy to the named person" as required by Federal Rule of Civil Procedure 45(b)(1).

5       4.     If the subpoena had been personally served on Mr. Beard, any objections to the subpoena must be served within 14 days after service of the subpoena or before the time designated for compliance if less than 14 days after service. Fed. R. Civ. P. 45(c)(2)(B).

6       5.     Although Mr. Beard has not yet been personally served with the subpoena, the parties nonetheless agree that Mr. Beard has actual notice of the subpoena.

7       6.     At Defendants' request, Plaintiffs agree that this stipulated extension relieves Mr. Beard of his obligation to comply with the November 26, 2012 production deadline pending a ruling from the Court on Defendants' Motion to Quash.

8       7.     On November 1, 2012, the Court informed defense counsel that it will be dark on November 21, 2012—the Court's regular law and motion calendar day.

9       8.     Local Rule 251(b) provides that a discovery motion will "not be heard unless (1) the parties have conferred and attempted to resolve their differences, and (2) the parties have set forth their differences and the bases therefor in a Joint Statement re Discovery Disagreement." Although not explicit, this Court has held that Local Rule 251's joint statement requirement applies to motions to quash. *See Portnoy v. City of Woodland,* Case No. CIV S-11-1720 GEB EFB (E.D. Cal., Feb. 13, 2012).

10      9.     The Parties agree that extended time on Defendants' Motion to Quash is appropriate.

11      10.    The Parties also agree that the extended schedule will have no impact on other deadlines in this case.

12      11.    The Parties agree that this extension does not extend the date for any other discovery in the matter.

2

Joint Stipulation and [Proposed] Order re Defs.' Mot. to Quash          *R. Mitchell, et al. v. Cate, et al.*
                                                                         Case No. 2:08-CV-01196 JAM EFB

12. The parties agree that this extension does not extend or change any of the pre-trial dates set by the Pretrial Scheduling Order dated August 28, 2012.

**THE PARTIES HEREBY STIPULATE AND AGREE** as follows:

The Parties shall have until November 28, 2012 to file a "Joint Statement re Discovery Dispute" in accordance with Local Rule 251(c). Defendants' Motion to Quash will be heard on December 5, 2012 at 10:00 a.m, or at the Court's earliest convenience.

**IT IS SO STIPULATED**.

Dated: 11/8/12                                /s/ Damon McClain
                                              DAMON MCCLAIN
                                              Attorneys for Defendants

**IT IS SO STIPULATED**.

Dated: 11/8/12                                /s/
                                              REBEKAH EVENSON
                                              Attorneys for Plaintiffs

**IT IS SO ORDERED**.

Dated: November 15, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2011300596
20649366.doc