IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MITCHELL, et al.,** | Case No. 2:08-CV-01196 JAM EFB |
| Plaintiffs, | **ORDER** |
| v. | |
| **MATTHEW CATE, et al.,** | |
| Defendants. | |

Defendants' motion for an order allowing them to depose incarcerated witnesses upon the condition that, at least fourteen (14) days before such a deposition, Defendants serve all parties with the notice required by Federal Rule of Civil Procedure 30 (b)(1) has been reviewed by this Court, and good cause appearing,

IT IS ORDERED that Defendants may take the deposition of the Plaintiffs and any other incarcerated witnesses as requested in the motion.

Dated:   November 26, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE