PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
REBEKAH EVENSON (SBN 207825)
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: 510.280.2621
Facsimile: 510.280.2704
dspecter@prisonlaw.com
revenson@prisonlaw.com

BINGHAM MCCUTCHEN LLP
GEOFFREY T. HOLTZ (SBN 191370)
MANU PRADHAN (SBN 253026)
HEATHER SHOOK (SBN 268716)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
g.holtz@bingham.com
manu.pradhan@bingham.com
heather.shook@bingham.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL,<br><br>            Plaintiff,<br><br>     v.<br><br>TOM FELKER, et al.,<br><br>            Defendants. | No. 2:08-CV-01196-JAM-EFB<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF JOINT STATEMENT RE DISCOVERY DISAGREEMENT**<br><br>Magistrate Judge:  Hon. Edmund F. Brennan<br>Hearing Date:     February 6, 2013<br>Hearing Time:     10:00 a.m.<br>Courtroom:        24<br>Action filed:     May 30, 2008 |

A/75368949.1/0999997-0000929970

[PROPOSED] ORDER

1    Pending before the Court is Plaintiffs' Request To Seal Exhibits 9 and 13 to the

2    Declaration Of Manu Pradhan In Support Of Joint Statement Re Discovery Disagreement.

3    Having considered Plaintiffs' Request To Seal, and good cause having been shown, IT IS

4    HEREBY ORDERED THAT Plaintiffs' request to seal is GRANTED. The Clerk of Court shall

5    file the documents listed above under seal.

6    IT IS SO ORDERED.

7    DATED: February 4, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE