1    PRISON LAW OFFICE                    KAMALA D. HARRIS
     DONALD SPECTER (SBN 83925)          Attorney General of California
2    REBEKAH EVENSON (SBN 207825)        DAMON G. McCLAIN (SBN 209508)
     1917 Fifth Street                   Supervising Deputy Attorney General
3    Berkeley, California 94710-1916     CHRISTOPHER J. BECKER (SBN 230529)
     Telephone: 510.280.2621             Deputy Attorney General
4    Facsimile: 510.280.2704             ERIN SULLIVAN (SBN 242757)
     dspecter@prisonlaw.com              Deputy Attorney General
5    revenson@prisonlaw.com              455 Golden Gate Ave., Suite 11000
                                         San Francisco, Ca 94102-7004
6    BINGHAM MCCUTCHEN LLP               Telephone:  415.703.5750
     GEOFFREY HOLTZ (SBN 191370)         Facsimile:  415.703.5843
7    MANU PRADHAN (SBN 253026)           Email:  Damon.McClain@doj.ca.gov
     HEATHER SHOOK (SBN 268716)
8    Three Embarcadero Center            *Attorneys for Defendants M. Cate, S. Kernan,*
     San Francisco, CA  94111-4067       *T. McDonald, G. Giurbino, J. Tilton, T. Felker,*
9    Telephone: 415.393.2000             *M. Wright, F. Foulk, D. Vanderville, J. Owen,*
     Facsimile: 415.393.2286             *and D. Hellwig*
10   geoffrey.holtz@bingham.com
     manu.pradhan@bingham.com
11   heather.shook@bingham.com

12   *Attorneys for Plaintiffs*

13                      UNITED STATES DISTRICT COURT

14                      EASTERN DISTRICT OF CALIFORNIA

15

16
     ROBERT MITCHELL,                    No. 2:08-CV-01196-JAM-EFB
17
                 Plaintiff,              **STIPULATION AND [PROPOSED]**
18        v.                             **ORDER AMENDING SCHEDULING**
                                         **ORDER**
19   TOM FELKER, et al.,
                                         Action filed:       May 30, 2008
20               Defendants.

21

22

23

24

25

26

27

28

## STIPULATION AND ORDER AMENDING SCHEDULING ORDER

Plaintiffs and Defendants, through their counsel of record, stipulate to an amended pre-trial schedule, and request an order of the Court as follows:

1.      The Second Amended Complaint in this action seeks injunctive relief regarding the official policy of the California Department of Corrections and Rehabilitation ("CDCR") regarding modified programs and/or lockdowns.

2.      On August 28, 2012, the Court entered a Scheduling Order, setting pre-trial deadlines, including a fact-discovery cutoff of March 13, 2013.  *See* Dkt. 121.

3.      On August 28, 2012, the day discovery opened, Plaintiffs served Requests for Production and Interrogatories on Defendants.  On October 1, 2012, Defendants served Responses to Plaintiffs' Requests for Production and Interrogatories.  On October 3, 2012, Plaintiff moved to compel discovery, and the parties filed a Joint Statement on October 17, 2012.

4.      On October 26, 2012, the Court ordered that Defendants shall produce documents on a rolling basis according to the schedule proposed by Defendants in the parties' Joint Statement, which proposed that all documents would be produced by November 26, 2012.  The Court also ordered the parties to meet and confer about electronic discovery.

5.      Since the Court's Order, the parties have continued to meet and confer about discovery.  Defendants have been producing documents on a rolling basis.  However, Defendants' document production is still ongoing and not yet complete.  Defendants expect to finish their production at the end of March - after the discovery cutoff - and Plaintiffs have requested that production be completed earlier.

6.      On January 3, 2013, Plaintiffs noticed 14 additional depositions which have not yet been scheduled.  Defendants proposed dates for some of these depositions, which begin on February 22 and continue through March 21 - after the discovery cut-off.  Plaintiffs also anticipate noticing the depositions of the named Defendants in this action.

7.      Given the discovery that remains outstanding, that Defendants do not expect to finish their production until the end of March, that Plaintiffs will then need more time to review and analyze those documents and determine if additional discovery or depositions are necessary

1

based on the documents, and that Defendants proposed dates for depositions to take place after the discovery cutoff, Plaintiffs requested a 30 day extension to the pre-trial deadlines in the Court's Scheduling Order.  Defendants agreed and proposed a 45 day extension.

8.  The parties also agree that, given the outstanding discovery and the need for fact discovery to be completed to evaluate the need for experts, the deadline for expert disclosures should be extended by an additional 15 days, or by 60 days total.

9.  THEREFORE, the parties stipulate and propose that pre-trial schedule be amended as follows:

A.  Non-Expert Discovery

1.  The deadline to complete all non-expert discovery, formerly March 13, 2013, shall now be April 30, 2013.

2.  The deadline to hear discovery motions, formerly February 3, 2013, shall now be March 27, 2013.

B.  Expert Discovery

1.  The deadline to serve expert disclosures, formerly March 13, 2013, shall now be May 15, 2013.

2.  The deadline to serve expert rebuttal reports, formerly April 8, 2013, shall now be June 10, 2013.

3.  The deadline to complete all expert discovery, formerly May 20, 2013, shall now be July 19, 2013.

C.  Law and Motion

1.  The deadline to *hear* any law and motion matter, formerly July 3, 2013, shall now be August 19, 2013.

D.  Pretrial Conference

1.  The deadline for the parties to file a joint pretrial statement, formerly August 21, 2013, shall now be November 20, 2013 ~~September 21, 2013~~.

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER

2.     The pretrial conference, formerly scheduled on August 28, 2013, shall now be held on December 4, 2013 September 28, 2013 at 10:00am.

E.     Trial

1.     The trial date, formerly scheduled on shall remain the same as previously scheduled, October 21, 2013, shall now be held on March 3, 2014, at 8:30 a.m.

DATED:  February 7, 2013

BINGHAM MCCUTCHEN LLP

By:  /s/ Heather Shook
    Heather Shook
    Attorneys for Plaintiffs

DATED:  February 7, 2013

KAMALA D. HARRIS
Attorney General of the State of California

By:  /s/ Damon McClain
    Damon McClain
    Supervising Deputy Attorney General
    Attorneys for Defendants

    (As authorized on February 7, 2013)

SO ORDERED.

DATED:  February 8, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3