| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER (SBN 83925)<br>REBEKAH EVENSON (SBN 207825)<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: 510.280.2621<br>Facsimile: 510.280.2704<br>dspecter@prisonlaw.com<br>revenson@prisonlaw.com<br><br>BINGHAM MCCUTCHEN LLP<br>GEOFFREY HOLTZ (SBN 191370)<br>MANU PRADHAN (SBN 253026)<br>HEATHER SHOOK (SBN 268716)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoffrey.holtz@bingham.com<br>manu.pradhan@bingham.com<br>heather.shook@bingham.com<br><br>*Attorneys for Plaintiffs* | KAMALA D. HARRIS<br>Attorney General of California<br>DAMON G. McCLAIN (SBN 209508)<br>Supervising Deputy Attorney General<br>CHRISTOPHER J. BECKER (SBN 230529)<br>Deputy Attorney General<br>ERIN SULLIVAN (SBN 242757)<br>Deputy Attorney General<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, Ca 94102-7004<br>Telephone: 415.703.5750<br>Facsimile: 415.703.5843<br>Email: Damon.McClain@doj.ca.gov<br><br>*Attorneys for Defendants M. Cate, S. Kernan,<br>T. McDonald, G. Giurbino, J. Tilton, T. Felker,<br>M. Wright, F. Foulk, D. Vanderville, J. Owen,<br>and D. Hellwig* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>TOM FELKER, et al.,<br><br>    Defendants. | No. 2:08-CV-01196-JAM-EFB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER AMENDING SCHEDULING<br>ORDER**<br><br>Action filed:    May 30, 2008 |

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

Plaintiffs and Defendants, through their counsel of record, stipulate to an amended pre-trial schedule, and request an order of the Court as follows:

1. The Second Amended Complaint in this action seeks injunctive relief regarding the official policy of the California Department of Corrections and Rehabilitation ("CDCR") regarding modified programs and/or lockdowns.

2. On August 28, 2012, the Court entered a Scheduling Order, setting pre-trial deadlines, including a fact-discovery cutoff of March 13, 2013. *See* Dkt. 121.

3. On August 28, 2012, the day discovery opened, Plaintiffs served Requests for Production and Interrogatories on Defendants. On October 1, 2012, Defendants served Responses to Plaintiffs' Requests for Production and Interrogatories. On October 3, 2012, Plaintiff moved to compel discovery, and the parties filed a Joint Statement on October 17, 2012.

4. On October 26, 2012, the Court ordered that Defendants shall produce documents on a rolling basis according to the schedule proposed by Defendants in the parties' Joint Statement, which proposed that all documents would be produced by November 26, 2012. The Court also ordered the parties to meet and confer about electronic discovery.

5. Since the Court's Order, the parties have continued to meet and confer about discovery. Defendants have been producing documents on a rolling basis. However, Defendants' document production is still ongoing and not yet complete. Defendants expect to finish their production at the end of March - after the discovery cutoff - and Plaintiffs have requested that production be completed earlier.

6. On January 3, 2013, Plaintiffs noticed 14 additional depositions which have not yet been scheduled. Defendants proposed dates for some of these depositions, which begin on February 22 and continue through March 21 - after the discovery cut-off. Plaintiffs also anticipate noticing the depositions of the named Defendants in this action.

7. Given the discovery that remains outstanding, that Defendants do not expect to finish their production until the end of March, that Plaintiffs will then need more time to review and analyze those documents and determine if additional discovery or depositions are necessary

based on the documents, and that Defendants proposed dates for depositions to take place after the discovery cutoff, Plaintiffs requested a 30 day extension to the pre-trial deadlines in the Court's Scheduling Order.  Defendants agreed and proposed a 45 day extension.

8. The parties also agree that, given the outstanding discovery and the need for fact discovery to be completed to evaluate the need for experts, the deadline for expert disclosures should be extended by an additional 15 days, or by 60 days total.

9. THEREFORE, the parties stipulate and propose that pre-trial schedule be amended as follows:

A. Non-Expert Discovery

1. The deadline to complete all non-expert discovery, formerly March 13, 2013, shall now be April 30, 2013.

2. The deadline to hear discovery motions, formerly February 3, 2013, shall now be March 27, 2013.

B. Expert Discovery

1. The deadline to serve expert disclosures, formerly March 13, 2013, shall now be May 15, 2013.

2. The deadline to serve expert rebuttal reports, formerly April 8, 2013, shall now be June 10, 2013.

3. The deadline to complete all expert discovery, formerly May 20, 2013, shall now be July 19, 2013.

C. Law and Motion

1. The deadline to *hear* any law and motion matter, formerly July 3, 2013, shall now be August 19, 2013.

D. Pretrial Conference

1. The deadline for the parties to file a joint pretrial statement, formerly August 21, 2013, shall now be November 20, 2013 ~~September 21, 2013~~.

2. The pretrial conference, formerly scheduled on August 28, 2013, shall now be held on December 4, 2013 ~~September 28~~, 2013 at 10:00am.

E. Trial

1. The trial date, formerly scheduled on ~~shall remain the same as previously scheduled,~~ October 21, 2013, shall now be held on March 3, 2014, at 8:30 a.m.

DATED: February 7, 2013

BINGHAM MCCUTCHEN LLP

By: /s/ Heather Shook
Heather Shook
Attorneys for Plaintiffs

DATED: February 7, 2013

KAMALA D. HARRIS
Attorney General of the State of California

By: /s/ Damon McClain
Damon McClain
Supervising Deputy Attorney General
Attorneys for Defendants

(As authorized on February 7, 2013)

SO ORDERED.

DATED: February 8, 2013.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER