IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL, et al.,

      Plaintiffs,              No. 2:08-cv-1196 JAM EFB P

      vs.

T. FELKER, et al.,

      Defendants.         ORDER

_____/

      On February 6, 2013, the court heard plaintiffs' motion to compel. Dckt. No. 144. Attorneys Damon McClain and Marisa Kirschenbauer appeared at the hearing on behalf of defendants; attorney Geoffrey Holtz appeared on behalf of plaintiffs. As stated on the record and for the reasons stated on the record, plaintiffs' motion is granted, in part, as follows:

      1. Plaintiffs may depose Matthew Cate and Dr. Jeffrey Beard. Each deposition shall not exceed four hours. Plaintiffs' request for an order directing defendants "to produce Dr. Beard's reports analyzing and making recommendations regarding CDCR's lockdown policy and related documents," Dckt. No. 146 at 10, is denied, without prejudice.

      2. Defendants shall produce all e-mails relevant to the noticed depositions by March 8, 2013. Defendants shall produce all remaining electronic discovery by March 29, 2013.

////

1

3. The Clerk shall terminate docket entry 142.

So Ordered.

Dated:  February 11, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2