IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MITCHELL,

        Plaintiff,                          No. CIV S-08-1196 JAM EFB P

   vs.

T. FELKER, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiffs are state prisoners proceeding with counsel in an action brought under 42 U.S.C. § 1983.

        On March 26, 2013, plaintiffs filed a request for reconsideration of the Magistrate Judge's order filed March 20, 2013, granting defendants' request for an extension of time to file oppositions to plaintiffs' motions for class certification and preliminary injunction. Dckt. No. 176. Plaintiffs argue that the order gives them insufficient time to file reply briefs before the currently scheduled hearing date of June 12, 2013.

        Pursuant to E.D. Cal. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the Magistrate Judge filed September 23, 2011 is affirmed. If plaintiffs would like the court to modify the briefing schedule and/or hearing date in order to provide them additional time to prepare their reply briefs, they may do so by filing an appropriate motion before the assigned magistrate judge.

DATED: April 19, 2013

/

Troy L. Nunley
United States District Judge