PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
REBEKAH EVENSON (SBN 207825)
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: 510.280.2621
Facsimile:  510.280.2704
dspecter@prisonlaw.com
revenson@prisonlaw.com

BINGHAM MCCUTCHEN LLP
GEOFFREY HOLTZ (SBN 191370)
MANU PRADHAN (SBN 253026)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
g.holtz@bingham.com
manu.pradhan@bingham.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT MITCHELL, *et al.*,<br><br>        Plaintiffs,<br>    v.<br><br>TOM FELKER, *et al.*,<br><br>        Defendants. | No. 08-CV-1196 TLN EFB<br><br>**[PROPOSED] ORDER GRANTING LEAVE OF COURT TO DEPOSE INCARCERATED WITNESSES**<br><br>Judge:         Hon. Edmund F. Brennan<br>Trial Date:    March 3, 2014<br>Action Filed:  May 30, 2008 |

## **[PROPOSED]** ORDER

The Court has reviewed Plaintiffs' motion for an order allowing them to depose incarcerated witnesses named in Defendants' April 19, 2013 supplemental initial disclosures on the condition that Plaintiffs will serve all parties with the notice required by the Federal Rules. Good cause appearing,

IT IS ORDERED that Plaintiffs may take the depositions of these witnesses as requested in the motion, so long as such discovery is completed by August 1, 2013.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

DATED:  June 6, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE