1    PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
2    WARREN GEORGE (SBN 53588)
REBEKAH EVENSON (SBN 207825)
3    1917 Fifth Street
Berkeley, California 94710-1916
4    Telephone: 510.280.2621
Facsimile:  510.280.2704
5    dspecter@prisonlaw.com
wgeorge@prisonlaw.com
6    revenson@prisonlaw.com

7    BINGHAM MCCUTCHEN LLP
GEOFFREY T. HOLTZ (SBN 191370)
8    Three Embarcadero Center
San Francisco, CA  94111-4067
9    Telephone:  415.393.2000
Facsimile:  415.393.2286
10    g.holtz@bingham.com

11    Attorneys for Plaintiffs

12

           IN THE UNITED STATES DISTRICT COURT
13
       FOR THE EASTERN DISTRICT OF CALIFORNIA
14
              SACRAMENTO DIVISION
15

16

17    ROBERT MITCHELL,               No. 2:08-CV-1196 TLN

18            Plaintiff,           **PLAINTIFFS' NOTICE OF RECENT MATERIAL EVENTS  RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

19        v.

20    TOM FELKER, et al.,

           Defendants.           Judge:         Hon. Troy L. Nunley
21                                              Dep't:           2
                                               Action Filed:    May 30, 2008

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Motion for Summary Judgment alleges, among other things, that Plaintiff Alvaro Quezada's injunctive relief claims are moot because the housing unit where he then lived (at the Substance Abuse Treatment Facility) had not recently imposed frequent lockdowns. Defs' Mot. for Summary Judgment at 16-18 (ECF No. 254); Defs' Statement of Undisputed Facts Nos. 2, 47 (ECF No. 255).

After the papers were submitted, however, Defendants transferred Mr. Quezada to Ironwood State Prison.  Declaration of Rebekah Evenson iso Plaintiffs' Notice of Recent Material Events, ¶ 2 & Exh. A.

As Plaintiffs pointed out in their opposition papers, "Defendants can and do move the Plaintiffs from prison to prison on a regular basis solely within their own discretion."  Pltfs' Opp. to Mot. for Summary Judgment at 27 (ECF No. 280).  Mr. Quezada's recent move illustrates the point, and demonstrates why it would be inappropriate to find his or the other named Plaintiffs' injunctive relief claims moot based solely on the lockdown record of the particular prison where they currently reside.

As explained in Plaintiffs' Opposition, the State's policy of implementing lengthy race-based lockdowns "governs all prisons (SDF 108) which means that the challenged policy is in effect at the prisons where the named plaintiffs currently reside and at any prison where they may be transferred in the future."  Pltfs' Opp. to Mot. for Summary Judgment at 24.

DATED:  October 10, 2013                          PRISON LAW OFFICE


By:                  /s/  *Rebekah Evenson*
                            Rebekah Evenson
                         Attorneys for Plaintiffs

2

PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
REBEKAH EVENSON (SBN 207825)
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: 510.280.2621
Facsimile:  510.280.2704
dspecter@prisonlaw.com
revenson@prisonlaw.com

BINGHAM MCCUTCHEN LLP
GEOFFREY HOLTZ (SBN 191370)
MANU PRADHAN (SBN 253026)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
g.holtz@bingham.com


Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL, | No. 2:08-CV-01196-JAM-EFB |
| Plaintiffs, | **DECLARATION OF REBEKAH EVENSON IN SUPPORT OF PLAINTIFFS' NOTICE OF RECENT MATERIAL EVENTS** |
| v. | |
| TOM FELKER, et al., | |
| Defendant. | |

I, Rebekah Evenson, declare as follows:

1.      I am an attorney at law admitted to practice before the courts of the state

of California.  I am a staff attorney at the Prison Law Office, counsel of record for Plaintiffs in

the Mitchell case.  If called as a witness, I would and could competently testify to the facts stated

herein, all of which are within my personal knowledge.

2.      Plaintiff Alvaro Quezada informed me that he has been transferred to

Ironwood State Prison.  The California Department of Corrections and Rehabilitation publishes

Evenson Decl. iso Plaintiffs' Notice of Recent Material Events, No. 08-CV-1196-TLN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

on its website an "inmate locator" that is available to the public and that identifies the location of California prisoners.  The "inmate locator" is at http://inmatelocator.cdcr.ca.gov/ (site last visited October 10, 2013).   Attached hereto as Exhibit A is a true and correct copy of the "inmate locator" results for Plaintiff Quezada, showing that he resides at Ironwood State Prison.  (Mr. Quezada is identified by CDCR records as "Quesada")

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 10th day of October, 2013 at Berkeley, California.

/s/ Rebekah Evenson
Rebekah Evenson

Evenson Decl. iso Plaintiffs' Notice of Recent Material Events, No. 08-CV-1196-TLN

Exhibit A




California Department of
Corrections & Rehabilitation

CDCR Home    |    About CDCR    |    Featured Links    |    Careers    |





| Name | CDCR # | Age | Admission Date | Current Location | Map Link |
|------|--------|-----|----------------|------------------|----------|
| QUESADA, ALVARO | P90436 | 39 | 08/15/2000 | Ironwood | Directions |
| Page 1 of 1 | | | | | |















Back to Top  |  Conditions of Use  |  Accessibility  |  Contact Us
Copyright © 2010 State of California