UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL, et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>TOM FELKER, et al.,<br><br>        Defendant. | No.  No. 2:08-CV-01196-TLN<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Pending before the Court is Plaintiffs' request to seal Exhibits E, F, M, P, Q, and R attached to the Declaration of Geoffrey T. Holtz in Support of Plaintiffs' Opposition to Motion for Summary Judgment.  Having considered Plaintiffs' request to seal, and compelling reasons having been shown, IT IS HEREBY ORDERED that Plaintiffs' request to seal these exhibits is GRANTED.  The Clerk of the Court shall file the documents listed above under seal.

   IT IS SO ORDERED.

Dated: November 5, 2013

_____
Troy L. Nunley
United States District Judge

1