UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MITCHELL, et al.,<br><br>          Plaintiff,<br><br>     v.<br><br>TOM FELKER, et al.,<br><br>          Defendant. | No.  No. 2:08-CV-01196-TLN<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION** |

Pending before the Court is Plaintiffs' Request to Seal Exhibits C, I, J, L, M, and N attached to the Declaration of Rebekah Evenson.  Having considered Plaintiffs' Request to Seal, and compelling reasons having been shown, IT IS HEREBY ORDERED THAT Plaintiffs' request to seal is GRANTED.  The Clerk of Court shall file the documents listed above under seal.

IT IS SO ORDERED.

Dated: November 5, 2013

Troy L. Nunley
United States District Judge

1