1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**ROBERT MITCHELL, et al.,**

Plaintiffs,

v.

**MATTHEW CATE, et al.,**

Defendants.

Case No. 2:08-CV-01196-TLN-EFB

**ORDER GRANTING DEFENDANTS'
REQUEST TO SEAL DOCUMENTS**

Pending before the Court is Defendants' request to permanently seal the following exhibits filed in support of their opposition to Plaintiffs' motions for class certification and a preliminary injunction:

1.       Exhibits A and B to the declaration of Kelly Harrington in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

2.       Exhibits F, G, and H to the declaration of David Tristan in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

3.       Exhibits A through V to the declaration of John Garza in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

4.       Exhibits A through C to the declaration of Rick Hill in support of Defendants'

1

opposition to Plaintiffs' motions for class certification and for a preliminary injunction.

5. Exhibits A through J and Exhibit L to the declaration of Ralph Diaz in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

6. Exhibits A1 through A15, B1 through B15, and C1 through C10 to the declaration of Dennis Kent in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

7. Exhibits A1 through A8 to the declaration of Linda Valencia in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

8. Exhibits A1 through A4, B1 through B6, and C1 to the declaration of Jeannette Crandall in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

9. Exhibits A1 through A14, B1 through B13, and C1 through C3 to the declaration of Ryan Carpentiari in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

10. Exhibits A1 through A7 to the declaration of Andre Gonzales in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

11. Exhibits A1 through A3, B1 through B5, and C1 through C3 to the declaration of Mayme Hand in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

12. Exhibits A1 through A4 to the declaration of Dirk Williams in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

13. Exhibits A1 through A5 and B1 through B5 to the declaration of Alexsia Rincon in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

14.     Exhibits A1 through A4 to the declaration of Frances Hernandez in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

15.     Exhibit A1 to the declaration of Anthony Baer in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

16.     Exhibits A1 through A2, B1 through B2, and C1 to the declaration of Brian Skaggs in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.

17.     Exhibits A1 through A5 to the declaration of Michael Nilsson in support of Defendants' oppositions to Plaintiffs' motions for class certification and for a preliminary injunction.


Having considered Defendants' request to seal, and compelling reasons having been shown, IT IS HEREBY ORDERED THAT Defendants' request to permanently seal these exhibits is GRANTED.  The Clerk of the Court shall file the documents listed above under seal.

Dated: March 18, 2014

Troy L. Nunley
United States District Judge