PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
REBEKAH EVENSON (SBN 207825)
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: 510.280.2621
Facsimile:  510.280.2704
dspecter@prisonlaw.com
revenson@prisonlaw.com

BINGHAM MCCUTCHEN LLP
GEOFFREY T. HOLTZ (SBN 191370)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
g.holtz@bingham.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT MITCHELL,<br><br>            Plaintiff,<br><br>     v.<br><br>TOM FELKER, et al.,<br><br>            Defendants. | No. 2:08-CV-01196-TLN-EFB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF REPLY BRIEFS IN SUPPORT OF MOTIONS FOR CLASS CERTIFICATION FOR PRELIMINARY INJUNCTION** |

Pending before the Court is Plaintiffs' request to seal Exhibits L through V to the Declaration of Manu Pradhan filed in support of their reply briefs in support of the pending motions for class certification and preliminary injunction. Having considered Plaintiffs' request to seal, and good cause having been shown, **IT IS HEREBY ORDERED** that Plaintiffs' request to seal these exhibits is **GRANTED**. The Clerk of the Court shall file the documents listed above under seal.

**IT IS SO ORDERED.**

Dated: March 18, 2014

_____
Troy L. Nunley
United States District Judge

1

Order Granting Plaintiffs' Request to Seal Documents in support of Reply Briefs in support of
Motions for Class Certification and Preliminary Injunction, 08-CV-1196-TLN-EFB