IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MITCHELL, et al.,** | Case No. 2:08-CV-01196-TLN-EFB |
| Plaintiffs, | **ORDER DENYING ROBERT GIBSON'S MOTION TO INTERVENE AND DEMAND FOR DAMAGES AND INJUNCTIVE RELIEF** |
| v. | |
| **MATTHEW CATE, et al.,** | |
| Defendants. | |

Robert Gibson is a member of the Plaintiff Class and has moved to intervene in this class-action suit, which has already settled. He also seeks money damages and injunctive relief for alleged violations of the settlement agreement (Stipulated Settlement), even though the Court had not yet given final approval of the settlement at the time the alleged violations occurred.

Gibson has not and cannot satisfy the intervention requirements of Federal Rule of Civil Procedure 24. In particular, his motion is untimely and he has failed to demonstrate that he is not adequately represented by the class representatives and class counsel or any other grounds that would warrant his intervention. Accordingly, the Court DENIES Gibson's motion to intervene.

Furthermore, Gibson cites no authority indicating that he is entitled to monetary damages or injunctive relief. The Stipulated Settlement, by which Gibson is bound, dictates the relief available to the Plaintiff Class, and the appropriate process for obtaining relief, if Defendants do

not comply with the Stipulated Settlement's terms.  The Stipulated Settlement does not permit individual class members to directly obtain relief from the Court, as Gibson has attempted to do with his motion.  Accordingly, the Court DENIES Gibson's request for monetary damages and injunctive relief.

**IT IS SO ORDERED.**

Dated:  October 7, 2015

Troy L. Nunley
United States District Judge